UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER DHILLON,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>    Respondents. | No. 1:26-cv-0435 DC AC<br><br>ORDER |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis and a motion to appoint counsel. However, petitioner already has a pending petition challenging his present confinement on substantially similar grounds. See Dhillon v. Warden of the Golden State Annex Detention Facility, No. 1:25-cv-2039 KES SKO (E.D. Cal.).

Accordingly, IT IS HEREBY ORDERED that:

1. The instant petition is deemed an attempt to amend the petition in Dhillon v. Warden of the Golden State Annex Detention Facility, No. 1:25-cv-2039 KES SKO.

////

////

////

////

1

2. The Clerk of the Court shall file the petition, motion to proceed in forma pauperis, and motion for appointment of counsel in this case in <u>Dhillon v. Warden of the Golden State Annex Detention Facility</u>, No. 1:25-cv-2039 KES SKO, and close this case.

DATED: January 26, 2026

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE